IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEVIN LAINEZ-DIAZ,<br>A#200-069-449,<br>    Petitioner,<br>vs.<br><br>JIMMY JOHNSON,<br>Facility Administrator,<br>Prairieland Detention Center,<br>    Respondent. | No. 3:19-CV-1682-K |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The petition for habeas corpus filed under 28 U.S.C. § 2241 will be **DISMISSED** for lack of jurisdiction.

**SO ORDERED.**

Signed October 21st, 2019.

*Ed Kinkeade*
ED KINKEADE
**UNITED STATES DISTRICT JUDGE**